**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ANNABEL MALDONADO** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-2907** |
| | : | |
| **TRANS UNION, LLC., ET AL.** | : | |

**O R D E R**

**AND NOW**, this  19th  day of  August , 2020, it having been reported that plaintiff voluntarily dismissed defendant **EQUIFAX INFORMATION SERVICES, LLC** upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **as to the above-named party only**.

Notwithstanding this dismissal, pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure, this order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).

Kate Barkman, Clerk of Court

**BY:**   /s/ Patricia Clark
Patricia Clark
Civil Deputy to Judge McHugh

Copies EMAILED on  8/19/20  to:

cc:  All counsel of record