UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANNABEL MALDONADO**<br>    Plaintiff<br><br>    vs.<br><br>**TRANS UNION, LLC, et. al.**<br>    Defendants | Case Number 2:20-cv-02907-GAM |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Plaintiff, ANNABEL MALDONADO, and the defendant, EXPERIAN INFORMATION SOLUTIONS, INC., that the above entitled action is hereby dismissed with prejudice as to EXPERIAN INFORMATION SOLUTIONS, INC., and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Vullings Law Group, LLC

BY:   */s/ Brent F. Vullings*
      Brent F. Vullings, Esq.
      *Attorney for Plaintiff*
      *Annabel Maldonado*


Margolis Edelstein

BY:   */s/ Mohammad A. Ghiasuddin*
      Mohammad A. Ghiasuddin, Esq.
      *Attorney for Defendant*
      *Experian Information Solutions, Inc.*


IT IS SO ORDERED.

_____
                             J.